## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: WYATT & McALISTER PLLC                 CHAPTER 7 PROCEEDING
                                              CASE NO. 09-04354-ee

DAVID NUTT, ET AL                             PLAINTIFFS

V.                                            ADVERSARY PROCEEDING NO. 09-00152-ee

DEREK A. WYATT                                DEFENDANT

### AGREED ORDER OF REMAND

THIS MATTER is before the Court on the Debtor's Motion *ore tenus* to enter an order remanding to the Chancery Court of Madison County, Mississippi this adversary proceeding previously removed by the Debtor to this Court. The Court, having considered the request and being advised that there are no objections, finds that the Motion is well taken and should be granted.

ACCORDINGLY, IT IS HEREBY ORDERED AND ADJUDGED that the Debtor's Motion *ore tenus* to remand be and hereby is granted, and this adversary proceeding is remanded to the Chancery Court of Madison County, Mississippi, with each party to bear its own costs.

_____
Edward Ellington
United States Bankruptcy Judge
Dated: January 4, 2010

AGREED:

_____
Lawrence E. Allison, Jr., Esq., MSB No. 1534, for the Plaintiffs
lallison@brunini.com

_____
Vann F. Leonard, Esq., MSB No. 9611, for the Debtor
vfllaw@bellsouth.net